**Order entered February 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00595-CR
No. 05-18-00600-CR

**TOREY DONOVAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-24700-M & F17-24701-M**

## ORDER

Before the Court is appellant's February 8, 2019 motion to extend the time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **March 15, 2019**.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for all parties.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Torey Donovan White; TDCJ No. 02187715; Holliday Unit; 295 IH-45 North; Huntsville, Texas 77320-8443.

/s/    BILL PEDERSEN, III
       JUSTICE